UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| GARRY TORRENCE, | ) | No. CV 04-8258 AHS (FFM) |
| Petitioner, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| STUART J. RYAN, Warden, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Third Amended Petition is dismissed with prejudice.

DATED: February 25, 2009

ALICEMARIE H. STOTLER

ALICEMARIE H. STOTLER
United States District Judge